**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

**RECEIVED**

APR 1 5 2025

**U.S. District Court**
**Eastern District of MO**
**Cape Girardeau**

)
)
)
Plaintiff(s), Rebecca Ranson )
)
v. )            Case No. _____
)                   (to be assigned by Clerk of District Court)
)
)
)            JURY TRIAL DEMANDED
Mike Ratliff )
)            YES☐    NO☐
)
Defendant(s).  (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

**X**

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

## PARTIES

2.   Plaintiff's name: Rebecca Ranson

Plaintiff's address: 2838 Independence St. Apt 7
Street address or P.O. Box

Cape Girardeau MO. 63703
City/ County/ State/Zip Code

573 -450-2533
Area code and telephone number

3.   Defendant's name: Mike Ratliff

Defendant's address: 717 N. Spring
Street address or P.O. Box

Cape Girardeau 63701
City/County/State/ Zip Code

573-335-5710
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.     If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)                        (City/County)                  (State)    (Zip Code)

5.     When did the discrimination occur?  Please give the date or time period:

12\16\24
_____

## ADMINISTRATIVE PROCEDURES

6.     Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

____ Yes     Date filed: ~~3\21\25~~_____

_X_ No

7.     Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

_X_ Yes     Date filed: 3\21\25_____

____ No

8.     Have you received a Notice of Right-to-Sue Letter?

_X_ Yes                         ____ No

If yes, please attach a copy of the letter to this complaint.

9.     If you are claiming age discrimination, check one of the following:

_X_ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__X__ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

_____ retaliation

_____ harassment

_____ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

__X__ Yes                              ____ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

_X_    race

_____    religion

_____    national origin

_X_    color

_____    gender

_____    disability

_____    age (birth year is:    _____)

_____    other:

Did you state the same reason(s) in your charge of discrimination?



_X_ Yes                              _____ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

(Continue to page 6, if additional space is needed.)

(Attach additional sheets as necessary).

13.    The acts set forth in paragraph 12 of this complaint:

___ are still being committed by the defendant.

___ are no longer being committed by the defendant.

___ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments;

cite no cases or statutes. help me get lost wages

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of 4 - 10 15 _____, 20 25 .

Signature of Plaintiff _____

8